# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WARREN EASTERLING,                                              :

                     Petitioner,                 Case No. 3:13-cv-106

                                    District Judge Timothy S. Black
  -vs-                          Magistrate Judge Michael R. Merz

SECOND DISTRICT COURT
 OF APPEALS

                 Respondent.    :

---

# TRANSFER ORDER

---

      With the consent of each of them, the reference in the above-captioned action is hereby

transferred from Chief Magistrate Judge Sharon L. Ovington to Magistrate Judge Michael R.

Merz.

April 15, 2013.

                                              Sharon L. Ovington
                            Chief United States Magistrate Judge


April 15, 2013.


                                    s/ *Michael R. Merz*
                              United States Magistrate Judge