# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**WARREN EASTERLING,**          Case No. 3:13-CV-106

    Petitioner,          **Judge Timothy S. Black**
                                       **Magistrate Judge Michael R. Merz**

**-vs-**

**SECOND DISTRICT**
**COURT OF APPEALS,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 10) is **ADOPTED**; Petitioner's Objections to the Decision and Order Denying Petitioner's Motion to Amend (Doc. 15) is **OVERRULED**; and the case is **TERMINATED** from the docket of the Court.

Date: 7/25/2013                                                    **JOHN P. HEHMAN, CLERK**

                                                                        By: *s/ M. Rogers*
                                                                        Deputy Clerk